WO

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br>v.<br><br>Milo Leroy House,<br><br>          Defendant. | 05-9223M<br><br>**O R D E R** |

Pursuant to the Government's Motion to Dismiss Complaint and good cause appearing, and after the undersigned's judicial assistant personally confirmed with defense counsel, Tom Hoidal, over the phone this same date that Defendant has no objection to the dismissal of this matter without prejudice,

IT IS HEREBY ORDERED dismissing the Complaint against Milo Leroy House, without prejudice.

DATED this 9th day of November, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge